UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STERLING J.M. LLAMAS,<br><br>       Plaintiff,<br><br> v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>       Defendant. | Case No. 2:16-cv-00555-RAJ-KLS<br><br>ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

  The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge ("R&R"), and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Conclusion of the R&R is inconsistent with the findings that the matter should be remanded for further consideration of the issues;

(2) the Court adopts the R&R to the extent that it recommends reversing and remanding this matter;

(3) the ALJ erred in her decision as described in the R&R; and

ORDER - 1

(4) the matter is therefore REVERSED and REMANDED to the Commissioner for further administrative proceedings.

DATED this 31st day of March, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2