United States District Judge Honorable Richard A. Jones

United States Magistrate Judge Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE

| | | |
|---|---|---|
| STERLING J. LLAMAS, | ) | Case No.: 2:16-CV-00555 |
| | ) | |
| Plaintiff, | ) | ~~PROPOSED~~ ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant | ) | |
| | ) | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $6156.00, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If it

~~PROPOSED~~ ORDER - 1

THA WIN, ATTORNEY
600 1st Avenue, Suite 237
SEATTLE, WA 98104

is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Ave. South, Suite 201, Seattle, WA 98104.

Dated this 6th day of June 2017.

*Richard A. Jones*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
The Honorable Richard A. Jones
United States District Judge